**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | June 5, 2013 | Probation: | Nicole Peterson |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | Susana Cahill |
| E.C.R./Reporter: | Tammy Hoffschildt | | |

Criminal Case No:   **12-cr-00501-WYD**          Counsel:

UNITED STATES OF AMERICA,                         Shana L. Martin

       Plaintiff,

v.

**1.  GABRIEL CASTELLANOS, a/k/a Juan Castellanos-Tapia, a/k/a Jose Gonzalez, Juan Gabriel, a/k/a Juan Gabriel Castellano-Tapia**,          Matthew K. Belcher

       Defendant.

**SENTENCING**

**1:38 p.m.**          Court in Session - Defendant present (in-custody)

> **Change of Plea Hearing - Wednesday, March 6, 2013, at 11:00 a.m.
> Plea of Guilty - Counts 1 and 2 of Indictment.**

       APPEARANCES OF COUNSEL.

       Interpreter sworn (Spanish).

       Court's opening remarks.

1:40 p.m.          Statement and argument on behalf of Defendant (Mr. Belcher).

1:45 p.m.          Statement and argument on behalf of Government (Ms. Martin).

1:47 p.m.        Statement by Defendant on his own behalf (Mr. Castellanos).

1:50 p.m.        Statement on behalf of Probation (Ms. Peterson).

                 Court makes findings.

**ORDERED:**    Defendant's Motion for Downward Sentencing Variance Pursuant to 18 U.S.C. 3553 (a) [ECF Doc. No. 23], filed May 22, 2013, is **DENIED.**

**ORDERED:**    Government's Motion for Decrease for Acceptance of Responsibility (ECF Doc. No. 22), filed May 17, 2013, is **GRANTED.**

                 Order is **APPROVED BY THE COURT.**

**ORDERED:**    Defendant be **imprisoned** for **27** months.

**ORDERED:**    Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED:**    **Conditions** of **Supervised Release** are:

   (X)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

   (X)   Defendant shall not commit another federal, state or local crime.

   (X)   Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

   (X)   Defendant shall comply with standard conditions adopted by the Court.

   (X)   Defendant shall not unlawfully possess a controlled substance.

   (X)   The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

   (X)   The Court will waive the mandatory drug testing provisions of 18 U.S.C. § 3583(d) for supervised releases cases as the defendant is likely to be deported.

   (X)   The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:**     **Special Condition(s)** of **Supervised Release** are:

    (X)     If the defendant is deported, he shall not thereafter re-enter the United States illegally.  If the defendant re-enters the United States legally, he shall report to the nearest U.S. Probation Office within 72 hours of his return.

**ORDERED:**     Defendant shall pay **$200.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**     **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**     Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within fourteen (14) days.  Defendant advised of right to appeal in forma pauperis.

**ORDERED:**     Government's Motion to Dismiss Counts [ECF Doc. No. 21], filed May 17, 2013, is **GRANTED.**

    Order is **APPROVED BY THE COURT.**

**ORDERED:**     Defendant is **REMANDED** to the custody of the U.S. Marshal.

**1:57 p.m.**     Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:   :19**